**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICHETH PROEUNG, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOHN MARSHALL, WARDEN, ) <br> ) <br> Respondent. ) <br> ) | CASE NO. CV 07-03601 GW (RZ) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: December 30, 2009

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE