**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICHETH PROEUNG, | CASE NO. CV 07-03601 GW (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| JOHN MARSHALL, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of VICHETH PROEUNG, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 30, 2009

*[signature]*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE